UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL E. BEYCHOK, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROBERT A. BAFFERT, *et al.* )<br>)<br>Defendants. )<br>) | | Civil Action No. 3:24-CV-100-CHB<br><br><br><br>**DISMISSAL ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered on this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. Defendants' Motion to Dismiss, [**R. 90**], is **GRANTED in part and DENIED in part**:

    a. The motion is **DENIED** to the extent Defendant seeks dismissal for lack of Article III standing

    b. The motion is **GRANTED** in all other respects.

2. The Amended Complaint, [**R. 20**], is **DISMISSED** with prejudice, and this action is **STRICKEN** from the Court's docket.

3. This is a **FINAL ORDER**.

This the 13th day of December 2024.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY